**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE NONPARTY SUBPOENA OF THOMAS JEFFERSON UNIVERSITY HOSPITAL<br><br>CAITLIN BERNARD, M.D., et al.,<br><br>*Plaintiffs*,<br><br>v.<br><br>THE INDIVIDUAL MEMBERS OF THE INDIANA LICENSING BOARD, et al.,<br><br>*Defendants*. | Misc. No. 2:21-mc-00009<br><br><br>[Docket No. of underlying action:<br><br>19-CV-1660-SEB-DML (Southern District of Indiana)] |

**DEFENDANT STATE OF INDIANA'S**
**RESPONSE TO THOMAS JEFFERSON UNIVERSITY HOSPITAL'S**
**MOTION TO QUASH DEPOSITION SUBPOENA, AND**
**CROSS-MOTION TO COMPEL COMPLIANCE WITH THE STATE OF INDIANA'S**
**<u>DEPOSITION SUBPOENA AND DOCUMENT SUBPOENA</u>**

Pursuant to Rules 45(c)(1), (2)(A) and 37(a)(3)(B)(ii), (iv) of the Federal Rules of Civil Procedure, Defendant State of Indiana ("State of Indiana" or "State") respectfully responds to the motion to quash the State's deposition subpoena ("Deposition Subpoena") filed by Thomas Jefferson University Hospital ("TJUH"), and hereby cross-moves to compel TJUH's compliance with the State's Deposition Subpoena and separate document subpoena ("Document Subpoena"). In opposition to TJUH's motion to quash and in support of the State of Indiana's cross-motion to compel compliance with the State's Deposition Subpoena and Document Subpoena, the State of Indiana incorporates the attached memorandum of law and accompanying Declaration of Elizabeth Wolstein with exhibits.

It is respectfully submitted that this matter, which regards pending litigation filed in the U.S. District Court for the Southern District of Indiana and comes before this Court initially upon

1

the filing of TJUH's motion to quash, is not conducive to briefing under the requirements applicable to routine discovery motions in cases filed in this District, but rather is more suited to briefing requirements applicable to other motion practice. The Policies and Procedures applicable to "Motion Practice" of the assigned judge, the Honorable John M. Gallagher, permit an initial memorandum in support of or in opposition to a single motion of 20 pages including table of contents and attachments or addenda. *See* Judge Gallagher's Policies and Procedures, sec. B.4. Here, the State of Indiana's accompanying memorandum of law serves as both its brief in opposition to TJUH's motion to quash and the State's brief in support of its cross-motion to compel. The State of Indiana's memorandum of law therefore consists of a total of 40 pages, including table of contents, in an effort to address the issues raised by both motions, which are closely related, in a single and comprehensive memorandum.

The State of Indiana respectfully requests that TJUH's motion to quash be denied, and that the State's cross-motion to compel compliance with its Deposition Subpoena and Document Subpoena be granted. A proposed form of Order and Show Cause Order are submitted herewith.

The State of Indiana respectfully requests oral argument on the afore-referenced motions.

Date:   February 26, 2021                    **BERKOWITZ KLEIN, LLP**


                                 By:    _/s/ Robert A. Klein_____
                                        Robert A. Klein, Esq. (Pa. I.D. 44670)
                                        629 B Swedesford Road
                                        Swedesford Corporate Center
                                        Malvern, PA 19355-1530
                                        Tel. 610-889-3200
                                        Fax 610-889-9564
                                        E-mail: rak@berklein.com


                                        and

2

**SCHLAM STONE & DOLAN, LLP**

Elizabeth Wolstein, Esq.
*Pro Hac Vice Application Pending*
Thomas A. Kissane, Esq.
26 Broadway
New York, NY 10004
Tel. 212-344-5400
Fax 212-344-7677
E-mail: ewolstein@schlamstone.com
E-mail: tkissane@schlamstone.com

*Attorneys for Defendant the State of Indiana*

**Of Counsel:**

THEODORE E. ROKITA
*Indiana Attorney General*

Thomas M. Fisher
*Solicitor General*

Andrea Rahman
Christopher M. Anderson
Julia C. Payne
*Deputy Attorneys General*

Office of the Indiana Attorney General
IGC-South, Fifth Floor
302 West Washington Street
Indianapolis, IN 46204-2770
Tel. 317-232-6255
Fax 317-232-7979
E-mail: Tom.Fisher@atg.in.gov

        and

Gene C. Schaerr, Esq.
H. Christopher Bartolomucci, Esq.
Scott David Goodwin, Esq.
James A. Heilpern, Esq.
Joshua J. Prince, Esq.
SCHAERR JAFFE LLP
1717 K Street NW, Suite 900
Washington, DC 20006
Tel. 202-787-1060
Fax 202-776-0136

3

E-mail: gschaerr@schaerr-jaffe.com
E-mail: cbartolomucci@schaerr-jaffe.com
E-mail: sgoodwin@schaerr-jaffe.com
E-mail: jheilpern@schaerr-jaffe.com
E-mail: jprince@schaerr-jaffe.com

4