## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

_____

Plaintiffs                                              :
CAITLIN BERNARD,                                        :
M.D., *et al.,*                                         :
                                                        :
      v.                  :
                                                        :
Defendants                                              :
THE INDIVIDUAL MEMBERS OF THE                           :    Civil Case No: 2:21-mc-00009-JMG
INDIANA MEDICAL LICENSING BOARD,                        :
*et al.,*                                               :
                                                        :
      v.                  :
                                                        :
Movant                                                  :
THOMAS JEFFERSON UNIVERSITY                             :
HOSPITAL                                                :
_____

## ORDER

**AND NOW,** this 1st day of March, 2021, upon consideration of the motion of

Defendants the Individual Members of the Indiana Licensing Board, et al. (the "State of

Indiana") for a *nunc pro tunc* order concerning the filing of Exhibits A through Q to the

Declaration of Elizabeth Wolstein (ECF No. 10), it is hereby **ORDERED** that the motion is

**GRANTED.** Exhibits A through Q (ECF No. 9) to the Declaration of Elizabeth Wolstein (ECF

No. 8) are deemed timely filed in connection with the State of Indiana's opposition to Thomas

Jefferson University Hospital's motion to quash (ECF No. 1) and its own motion to compel (ECF

No. 7).

BY THE COURT:

*/s/ John M. Gallagher*
JOHN M. GALLAGHER
United States District Court Judge