**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| Plaintiffs<br>CAITLIN BERNARD,<br>M.D., *et al.,* | : <br> : <br> : <br> : |
| v. | : <br> : |
| Defendants<br>THE INDIVIDUAL MEMBERS OF THE<br>INDIANA MEDICAL LICENSING BOARD,<br>*et al.*, | : <br> : Civil Case No: 2:21-mc-00009-JMG<br> : <br> : |
| v. | : <br> : |
| Movant<br>THOMAS JEFFERSON UNIVERSITY<br>HOSPITAL | : <br> : <br> : |

**ORDER**

**AND NOW**, this 1ˢᵗ day of March, 2021, **IT IS HEREBY ORDERED THAT** the

application of, <u>Elizabeth Wolstein</u>, Esquire, to practice in this court pursuant to Local Rule of

Civil Procedure 83.5.2(b) is:

☒    Granted

☐    Denied

BY THE COURT:

*/s/ John M. Gallagher*
JOHN M. GALLAGHER
United States District Court Judge