**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

_____

| | | |
|---|---|---|
| Plaintiffs | : | |
| CAITLIN BERNARD, | : | |
| M.D., *et al.,* | : | |
| | : | |
| v. | : | |
| | : | |
| Defendants | : | |
| THE INDIVIDUAL MEMBERS OF THE | : | Civil Case No: 2:21-mc-00009-JMG |
| INDIANA MEDICAL LICENSING BOARD, | : | |
| *et al.*, | : | |
| | : | |
| v. | : | |
| | : | |
| Movant | : | |
| THOMAS JEFFERSON UNIVERSITY | : | |
| HOSPITAL | : | |

_____

**ORDER**

**AND NOW,** this 2nd day of March, 2021, upon consideration of Non-Party Thomas

Jefferson University Hospital's Motion for Leave to File a Reply (ECF No. 13), and Defendants

the Individual Members of the Indiana Licensing Board, et al. (the "State of Indiana") response

in opposition (ECF No. 14), it is hereby **ORDERED** that Thomas Jefferson University

Hospital's motion (ECF No. 13) is **GRANTED**[1] as follows:

1. Thomas Jefferson University Hospital may file a reply in support of its Motion to Quash.

---

[1] Thomas Jefferson University Hospital's motion is granted, in part, due to the State of Indiana's disregard of the Court's published policy on the proper length of filings. All parties are cautioned that any future failure to comply with the Court's policies and procedures shall result in the striking of the non-compliant filings.

2. Thomas Jefferson University Hospital may file its reply in support of its Motion to Quash at the same time as and consolidated with its briefing in opposition to the State of Indiana's Cross-Motion to Compel, no later than **Friday, March 12, 2021.**

BY THE COURT:

*/s/ John M. Gallagher*
JOHN M. GALLAGHER
United States District Court Judge