**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE NONPARTY SUBPOENA OF THOMAS JEFFERSON UNIVERSITY HOSPITAL<br><br>CAITLIN BERNARD, M.D., et al.,<br><br>        *Plaintiffs*,<br><br>    v.<br><br>THE INDIVIDUAL MEMBERS OF THE INDIANA LICENSING BOARD, et al.,<br><br>        *Defendants*. | Misc. No. 2:21-mc-00009<br><br>[Docket No. of underlying action: 19-CV-1660-SEB-DML (Southern District of Indiana)] |

**ORDER**

**AND NOW**, this 16th day of March, 2021, upon consideration of the State of Indiana's Motion for Leave to File Reply and any response thereto of Thomas Jefferson University Hospital ("TJUH"), it is hereby **ORDERED** that the State of Indiana is **GRANTED** leave to file a reply brief of no more than 10 pages to TJUH's opposition to the State of Indiana's motion to compel compliance with its deposition and document subpoenas. The State of Indiana's reply shall be filed within seven (7) days of the filing date of TJUH's opposition papers (dkt. nos. 16 and 16-1 through 16-6).

                                      BY THE COURT:


                                    /s/ John M. Gallagher
                                    John M. Gallagher
                                    U.S. District Judge