**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| Plaintiffs | : | |
| CAITLIN BERNARD, | : | |
| M.D., *et al.,* | : | |
| | : | |
| v. | : | |
| | : | |
| Defendants | : | |
| THE INDIVIDUAL MEMBERS OF THE | : | Civil Case No: 2:21-mc-00009-JMG |
| INDIANA MEDICAL LICENSING BOARD, | : | |
| *et al.,* | : | |
| | : | |
| v. | : | |
| | : | |
| Movant | : | |
| THOMAS JEFFERSON UNIVERSITY | : | |
| HOSPITAL | : | |

**ORDER**

    **AND NOW,** this 16th day of March, 2021, upon consideration of Defendant the Individual Members of the Indiana Medical Licensing Board's request for oral argument on the pending motions (ECF No. 7, at 2), it is hereby **ORDERED** that a status conference with counsel is scheduled for **March 18, 2021, at 1:00 p.m**. Defense counsel shall provide the Court and opposing counsel with conference bridge details (such as a telephone number and access code) no later than March 17, 2021. The parties should be prepared to discuss the scheduling of oral argument in this matter.

BY THE COURT:

*/s/ John M. Gallagher*
JOHN M. GALLAGHER
United States District Court Judge